# GISH PLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-2332 | DAVID.LAMB@GISHPLLC.COM

OCTOBER 16, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United Stated District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

      Re:    *Danone US, LLC et al. v. Chobani, LLC*, Case No. 1:25-cv-06217-JLR

Dear Judge Rochon:

    We write jointly on behalf of Plaintiffs Danone US, LLC and WhiteWave Services, Inc. (collectively, "Danone") and Defendant Chobani, LLC ("Chobani," and together with Danone, the "Parties"), in the above-captioned matter pursuant to Paragraph 1.F. of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an extension of the Parties' briefing deadlines related to Chobani's Motion to Dismiss (Doc. No. 17) and Request for Judicial Notice in Support of Its Motion to Dismiss (Doc. No. 20) (collectively, the "Motions").

    Under Local Civil Rule 6.1, the deadline for Danone's opposition to the Motions is October 20, 2025, and the deadline for Chobani's reply in further support of the Motions is October 27, 2025. The Parties respectfully request an extension of these default deadlines to **November 17, 2025** for Danone's opposition and **December 8, 2025** for Chobani's reply. The Parties request this extension to accommodate pre-existing work obligations as well as the upcoming holidays within this time frame.

    No prior request for this relief has been made, and the requested extension will not impact any other scheduled dates.

1

Respectfully Submitted,

| | |
|---|---|
| */s/ Howard Hogan* | */s/ David M. Lamb* |
| Howard Hogan | David M. Lamb (Bar No. 5283283) |
| hhogan@gibsondunn.com | David.lamb@gishpllc.com |
| 1700 M Street, NW | Andrew D. Gish (Bar No. 4918454) |
| Washington, D.C. 20036-4505 | andrew@gishpllc.com |
| Telephone: 202.955.8500 | Gish PLLC |
| | 41 Madison Avenue, Floor 31 |
| Brian C. Ascher | New York, NY 10010 |
| bascher@gibsondunn.com | (212) 518-2000 |
| Connor Sullivan | |
| cssullivan@gibsondunn.com | *Attorneys for Plaintiffs Danone US, LLC* |
| 200 Park Avenue | *and WhiteWave Services, Inc.* |
| New York, NY 10166-0193 | |
| Telephone: 212.351.4000 | |

*Attorneys for Defendant Chobani, LLC*

The Court is in receipt of the parties' letter motions at Dkts. 21 and 22. Both requests are GRANTED. Danone's opposition to Chobani's motion to dismiss and request for judicial notice (the "Motions") shall be due no later than **November 17, 2025**, and Chobani's reply in further support of the Motions shall be due no later than **December 8, 2025**. The IPTC currently scheduled for October 23, 2025, shall be adjourned s*ine die* and rescheduled if necessary pending the Court's resolution of the Motions.

Dated: October 20, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**