UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANONE US, LLC and WHITEWAVE
SERVICES, INC.,

                        Plaintiffs,

            -against-

CHOBANI, LLC,

                        Defendant.

Case No. 1:25-cv-06217 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on Defendant Chobani, LLC's motion to dismiss,

Dkt. 17, on Monday, **July 20, 2026, at 10:00 a.m.**  The conference will be held in the Daniel

Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY

10007.

Dated:  June 22, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge